JUDGE ABRAMS

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    INDICTMENT
                                   :
DWAYNE THOMAS,                     :    15 Cr.
    a/k/a "Dwight,"                :    15 CRIM 740
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - x
```

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 27 2015

COUNT ONE

The Grand Jury charges:

1. On or about October 5, 2007, in the Southern District of New York, DWAYNE THOMAS, a/k/a "Dwight," the defendant, and others known and unknown, willfully and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, an attempted robbery in violation of Title 18, United States Code, Sections 1951(a) and 2, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of a person through the use of a firearm, and did aid and abet the same, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, THOMAS

and others caused the death of Jermaine Pratt by discharging a firearm at Pratt, and aiding and abetting the same, in the vicinity of 3140 Decatur Avenue in the Bronx, New York.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DWAYNE THOMAS,
a/k/a "Dwight,"

                              Defendant.

INDICTMENT

15 Cr.

(18 U.S.C. §§ 924(j)(1) and 2.)

                              PREET BHARARA
                        United States Attorney.

A TRUE BILL

                                Foreperson.

*10/27/15 - Filed Indictment*
*Case assigned to J. Abrams*
*Francis*
*USMJ*